# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: <br><br> SPECTRUM HEALTH CARE LLC, ET AL[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 12-22206 (ASD) <br> ) <br> ) (Jointly Administered) <br> ) RE: ECF No. 222 |

## ~~1~~EIGHTH AMENDED
## ORDER EXTENDING THE DEBTORS' TIME TO ASSUME OR REJECT THEIR LEASES OF NON-RESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE

Upon the consideration of the motion (the "Motion") of the above captioned debtors and debtors in possession (collectively, the "Debtors") for an order extending the Debtors' time to assume or reject their leases of non-residential real property pursuant to Section 365(d)(4) of the Bankruptcy Code; and the Court having found that good and sufficient cause exists for the granting of the Motion; and it appearing that granting the relief requested in the Motion will be in the best interests of the Debtors' estates, creditors, and other parties in interest and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion is adequate and proper under the circumstances of these cases; it is hereby

**ORDERED,** that the Motion is granted to the extent set forth herein; and it is further

---

[1] Spectrum Health Care, LLC, Case No. 12-22206; Spectrum Healthcare Torrington, LLC, Case No. 12-22212; Spectrum Healthcare Derby LLC, Case No. 12-22208; Spectrum Healthcare Waterbridge LLC, Case No. 12-22207; Spectrum Healthcare Hartford, LLC, Case No. 12-22210; Spectrum Healthcare Winsted, LLC, Case No. 12-22211; and Spectrum Healthcare Manchester LLC, Case No. 12-22209.

**ORDERED,** that the Debtors' time to assume or reject its Leases of non-residential real property, with the exception of the lease of the Waterbridge facility (the "Waterbridge Lease") and the Master Lease of the Hartford facility, Torrington facility and Winsted facility (the "Master Lease) is extended to and including April 8, 2013 pursuant to Section 365(d)(4) of the Bankruptcy Code; and it is further

**ORDERED**, that the time for the Debtor, Spectrum Healthcare Waterbridge LLC, to assume or reject the Waterbridge Lease which was initially extended for a period of 30 days, and then further extended to and including February 22, 2013, then further extended to and including March 1, 2013, then further extended to March 15, 2013, then further extended to and including March 29, 2013, shall be further extended to and including April 8, 2013, pursuant to Section 365(d)(4) of the Bankruptcy Code; and it is further

**ORDERED**, that the time for the Debtors Spectrum Healthcare Hartford, LLC, Spectrum Torrington, LLC and Spectrum Healthcare Winsted, LLC to assume or reject the Master Lease, which was initially extended for a period of 20 days, then further extended to and including February 7, 2013, and then further extended to and including February 22, 2013, then further extended to and including March 1, 2013 and then further extended to March 8, 2013, and then further extended to and including March 15, 2013, then further extended to and including March 29, 2013, shall be further extended to and including April 8, 2013, pursuant to Section 365(d)(4) of the Bankruptcy Code; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order; and it is further

**ORDERED**, that notwithstanding anything in this order to the contrary, all matters contained in the order dated December 5, 2012 granting the Debtors' Motion for Approval of Settlement and Compromise relating to Nationwide shall prevail and control.


Dated: March 28, 2013

*Albert S. Dabrowski*
United States Bankruptcy Judge