**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re: <br><br> **SPECTRUM HEALTH CARE LLC, ET AL[1]** <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-22206 (ASD) <br><br> (Jointly Administered) <br> RE: ECF No. 430 |

**ORDER AUTHORIZING THE FILING OF**
**A SINGLE MOTION SEEKING THE ASSUMPTION OF MULTIPLE CONTRACTS**

Upon the Motion (the "Motion") of Spectrum Health Care, LLC, ("Spectrum"), Spectrum Healthcare Torrington, LLC ("Torrington"), Spectrum Healthcare Derby, LLC ("Derby"), Spectrum Healthcare Waterbridge, LLC ("Waterbridge"), Spectrum Healthcare Hartford, LLC ("Hartford"), Spectrum Healthcare Winsted, LLC ("Winsted") and Spectrum Healthcare Manchester, LLC ("Manchester") ("Debtors"), debtors and debtors-in-possession in the above referenced case, whereby the Debtors seek entry of an Order Authorizing them to file a single motion seeking the assumption of multiple executory contracts (the "Contracts"); and it appearing that sufficient notice has been given to all necessary parties; and after due deliberation and cause appearing therefor, and no further notice being required, it is hereby

**ORDERED**, that the Motion is hereby approved and granted; and it is further

**ORDERED**, that the Debtors are hereby authorized to file a single motion seeking the assumption of the Contracts in accordance with Federal Rule of Bankruptcy Procedure 6006(f).

Dated: April 1, 2013                                                        BY THE COURT

Albert S. Dabrowski
United States Bankruptcy Judge