UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SPECTRUM HEALTH CARE LLC, ET AL. | Case No. 12-22206 (ASD) |
| Debtors | |

## REPORT OF THE PATIENT CARE OMBUDSMAN

Nancy Shaffer, M.A., the Connecticut State Long Term Care Ombudsman, having been appointed the Patient Care Ombudsman in this case on October 2, 2012, hereby provides a report to the Court in accord with Section 333 of the Bankruptcy Code and Interim Fed. R. Banker. P. 2015.1 regarding the quality of patient care provided to patients of the debtors.

The Patient Care Ombudsman, along with the Long Term Care Ombudsman Program (LTCOP) Regional Ombudsman staff, continues to monitor the quality of life and care on behalf of residents of:

Spectrum Healthcare Torrington: As of March 25th the census at this nursing home is 117 residents out of 126 beds. The physical plant continues to present as clean and well-kept. There is a new Director of Social Work as well as a new Assistant Director of Nursing Services. There are no reported changes in vendors since last report and supplies appear to remain consistently well-stocked. The Regional Ombudsman visits regularly and interviews residents, families and staff. No complaints have been filed with the Patient Care Ombudsman since the last report to this Court.

Spectrum Healthcare Derby: The census at this home as of March 26th is 109/120. The home has admitted twelve residents from its sister facility, Hilltop, which is closing. The

Regional Ombudsman visits the home on a regular basis and is monitoring the adjustment of these newly transferred residents. An Assistant Director of Nursing Services was hired in February, 2013, and a new Infection Control Nurse is recently hired as well. Otherwise there do not appear to be any changes in the delivery of care and services as result of the bankruptcy reorganization.

Spectrum Healthcare Hartford: The Regional Ombudsman visited this home three times during the past sixty days. The census during this reporting period has averaged at 90% occupancy which is about a 5% increase from last report to the Court. Staffing levels have reportedly remained stable. The Regional Ombudsman received a complaint from a family member regarding care-related issues and this was brought to the Director of Nursing Services attention. She informed the Regional Ombudsman that she is working with staff to resolve the family's concerns. There have not been any staff reductions to Patient Care Ombudsman's knowledge, administrative staff has remained stable and there have not been any vendor or supply issues.

Spectrum Healthcare Winsted: As reported in last report to the Court, this home has discharged all of its residents and is closed.

Spectrum Healthcare Manchester: The census at this home was 118/155 beds as of March 26, 2013. The Regional Ombudsman continues regular visitation schedule on behalf of the Patient Care Ombudsman and she met with Department of Public Health (DPH) survey team toward the end of their annual inspection on March 25th. At that time the DPH surveyor noted that there have been improvements in the home's survey findings over past two years. The final DPH survey results should be available for next Patient Care Ombudsman report to Bankruptcy Court. The home presents as clean and well-kept, though as previously reported the home is old

and presents as outdated in some areas. Interviews with a few residents indicate some dissatisfaction with quality of food since the bankruptcy reorganization began. Residents were counseled to participate in their Resident Council to address these issues. The Regional Ombudsman will continue to monitor.

Spectrum Healthcare Waterbridge: A motion to close this home was approved by the Bankruptcy Court in March, 2013, and it has been in closure process for past few weeks. The residents have steadily discharged to home or transferred to other skilled nursing facilities in the area. As of March 26th there were 42 residents remaining in this 90 bed facility. Staff was provided notice of termination of employment effective mid-May, 2013. The Patient Care Ombudsman facilitated a meeting for the residents and their families with the Money Follows the Person Program Director to ensure opportunity for residents and families to review all discharge options. Administrative staff remains consistent at the home and corporate staff have been brought in to assist with the closure.

There are no other issues to bring to the attention of the court at this time. The Office of the State Long Term Care Ombudsman will continue to monitor the quality of life and care in the debtors' facilities.

Dated April 3, 2013

Respectfully submitted,

Nancy Shaffer
Patient Care Ombudsman for
Village Manor Health Care, Inc.
CT State Long Term Care Ombudsman
Department of Social Services
25 Sigourney Street
Hartford, CT 06106
860-424-5238
nancy.shaffer@ct.gov