## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

|  |  |
|---|---|
| In re: | x<br>:<br>: Chapter 11<br>:<br>SPECTRUM HEALTHCARE, LLC, ET AL.      : Case No. 12-22206 (ASD)<br>    Debtors      :<br>     : April 3, 2013<br>    x |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 3, 2013 a copy of the Report Of The Patient Care Ombudsman of this date, along with this certification, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: March 3, 2013

                                        NANCY SHAFFER
                                        PATIENT CARE OMBUDSMAN

                                        GEORGE JEPSEN
                                        ATTORNEY GENERAL

BY:    /s/ Charles C. Hulin
          Charles C. Hulin
          Assistant Attorney General
          Federal Bar No. ct06760
          55 Elm Street
          P.O. Box 120
          Hartford, CT 06141-0120
          Tel: (860) 808-5355
          Fax: (860) 808-5391
          Email: Charles.Hulin@ct.gov