UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>SPECTRUM HEALTH CARE LLC, ET AL[1]<br><br>Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 12-22206 (ASD)<br>)<br>) (Joint Administration Motion<br>) Pending) |

## STIPULATION AND CONSENT ORDER REGARDING CLAIM OF CANON FINANCIAL SERVICES, INC. (CLAIM NO. 6)

This Stipulation and Consent Order is entered into by and between Debtor, Spectrum Healthcare Torrington, LLC ("Debtor") and Creditor, Canon Financial Services, Inc. ("CFS") (collectively hereinafter referred to as the "Parties").

### RECITALS

**WHEREAS,** on September 10, 2012 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut.

**WHEREAS,** the Debtor and CFS had entered into a certain Lease Agreement on or about August 12, 2008 for the lease of certain copier equipment, more specifically, a Canon IR5050 copier and ancillary equipment. A copy of the Lease Agreement is contained within the filed Proof of Claim, attached hereto as Exhibit "A."

**WHEREAS,** the Debtor defaulted on its obligations to CFS by not remitting two (2) monthly lease payments preceding the Petition Date.

---

[1] Spectrum Health Care, LLC, Case No. 12-22206; Spectrum Healthcare Torrington, LLC, Case No. 12-22212; Spectrum Healthcare Derby LLC, Case No. 12-22208; Spectrum Healthcare Waterbridge LLC, Case No. 12-22207; Spectrum Healthcare Hartford, LLC, Case No. 12-22210; Spectrum Healthcare Winsted, LLC, Case No. 12-22211; and Spectrum Healthcare Manchester LLC, Case No. 12-22209.

**WHEREAS,** on October 25, 2012, CFS filed an unsecured Proof of Claim, designated as Claim No. 6, in the amount of $3,757.47. See Exhibit A.

**WHEREAS,** the Debtor has remitted certain post-Petition payments to CFS on this obligation, more specifically, an aggregate of $1,581.21.

**WHEREAS,** the Debtor intends to reject the subject Lease Agreement pursuant to its Chapter 11 Plan.

**WHEREAS,** the Debtor remains in possession of the subject leased equipment.

**WHEREAS,** the Parties have reached an amicable resolution as to the subject leased equipment and the related Proof of Claim filed by CFS.

**NOW, THEREFORE,** in consideration of the mutual covenants and agreements set forth in this Stipulation and Consent Order, in an effort to avoid unnecessary expenses and litigation, and with the intent to be legally bound, the Parties hereby agree as follows:

## AGREEMENT

1. The balance of Claim No. 6 is presently $2,176.26, providing credit for all post-Petition payments remitted by Debtor, and not inclusive of any attorney fees or the Purchase Option Price for the equipment.

2. CFS has agreed to accept and Debtor has agreed to pay $1,620.78 in full satisfaction of Claim No. 6.

3. In consideration of the aforesaid payment, Debtor shall retain use, possession and control of the subject leased equipment, and title to said leased equipment shall inure to the benefit of Debtor.

4. Claim No. 6 shall be deemed withdrawn upon receipt of the aforesaid amount.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN STIPULATION.

/s/ Jessica Grossarth, Esquire
Jessica Grossarth, Esquire
**Pullman & Comley**
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Attorney for Debtor, Spectrum Healthcare Torrington, LLC

Dated: April 1, 2013

*Approved*
SO ORDERED:

/s/ Andrew L. Unterlack, Esquire
Andrew L. Unterlack, Esquire
**Scott H. Marcus & Associates**
121 Johnson Road
Turnersville, NJ 08012
Attorney for Creditor, Canon Financial Services, Inc.

Dated: April 1, 2013

**ALBERT S. DABROWSKI**
**UNITED STATES BANKRUPTCY JUDGE**
4-3-2013