**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>SPECTRUM HEALTH CARE LLC, ET AL[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 12-22206 (ASD)<br>)<br>) (Jointly Administered)<br>) RE: ECF No. 440<br>) |

## ORDER FURTHER EXTENDING THE DEBTORS' TIME TO ASSUME OR REJECT THEIR LEASES OF NON-RESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE

Upon the consideration of the motion (the "Motion") of the above captioned debtors and debtors in possession (collectively, the "Debtors") for an order further extending the Debtors' time to assume or reject their leases of non-residential real property pursuant to Section 365(d)(4) of the Bankruptcy Code; and the Court having found that good and sufficient cause exists for the granting of the Motion; and it appearing that granting the relief requested in the Motion will be in the best interests of the Debtors' estates, creditors, and other parties in interest and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion is adequate and proper under the circumstances of these cases; it is hereby

**ORDERED,** that the Motion is granted to the extent set forth herein; and it is further

**ORDERED,** that the Debtors' time to assume or reject their Leases of non-residential real property for Spectrum, Derby and Manchester, pursuant to Section 365(d)(4), be and hereby is extended to and including June 7, 2013, and it is further

**ORDERED**, that the time for the Debtors to assume or reject the Master Lease, as that term is defined in the Motion, pursuant to Section 365(d)(4), be and hereby is extended to and including May 1, 2013, and it is further

**ORDERED,** that a further hearing shall be held on the Motion to Consider the Debtors' request for an additional extension of time to assume the Master Lease on May 1, 2013 at 10:00 a.m., and it is further

**ORDERED,** that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order; and it is further

**ORDERED**, that notwithstanding anything in this order to the contrary, all matters contained in the order dated December 5, 2012 granting the Debtors' Motion for Approval of Settlement and Compromise relating to Nationwide shall prevail and control.

Dated: April 5, 2013                                        BY THE COURT

Albert S. Dabrowski
United States Bankruptcy Judge