**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>SPECTRUM HEALTH CARE LLC, ET AL[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 12-22206 (ASD)<br>)<br>) (Jointly Administered)<br>) |

**AMENDED MOTION FOR APPROVAL OF STIPULATION
REGARDING REJECTION OF THE LEASE BETWEEN
WATERBRIDGE AND T.H.C.I. COMPANY, LLC AND
TIMETABLE FOR SURRENDER OF THE LEASED PREMISES
PURSUANT TO 11 U.S.C.§365D(4)(I)**

Spectrum Healthcare Waterbridge, LLC ("Waterbridge" or the "Debtor") submits this amended motion for an Order approving a Stipulation regarding the rejection of the lease between the Waterbridge facility and T.H.C.I. Company, LLC ("THCI") and a timetable for surrender of the leased premises pursuant to 11 U.S.C.§365D(4)(i) (the "Motion").[2]

**RELEVANT BACKGROUND**

1. On September 10, 2012 (the "Petition Date"), Waterbridge along with Spectrum Health Care, LLC ("Spectrum"), Spectrum Healthcare Torrington, LLC ("Torrington"), Spectrum Healthcare Derby, LLC ("Derby"), Spectrum Healthcare Hartford, LLC ("Hartford"), Spectrum Healthcare Winsted, LLC ("Winsted") and Spectrum Healthcare Manchester, LLC ("Manchester") (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

---

[1] Spectrum Health Care, LLC, Case No. 12-22206; Spectrum Healthcare Torrington, LLC, Case No. 12-22212; Spectrum Healthcare Derby LLC, Case No. 12-22208; Spectrum Healthcare Waterbridge LLC, Case No. 12-22207; Spectrum Healthcare Hartford, LLC, Case No. 12-22210; Spectrum Healthcare Winsted, LLC, Case No. 12-22211; and Spectrum Healthcare Manchester LLC, Case No. 12-22209.

[2] The Motion is filed as amended because a different motion was initially docketed in error.

2. Waterbridge and THCI are parties to a lease dated December 28, 2001, as amended by a First Amendment to Lease dated September 16, 2010 (the "Lease"), pursuant to which Waterbridge leases the premises located at 126 Ford Street, Ansonia, Connecticut (the "Premises").

3. Waterbridge operates a skilled nursing facility at the Premises and on March 14, 2013, an order entered authorizing the closure of Waterbridge.

4. Waterbridge has commenced the process of winding down operations and anticipates completing the wind down on or before May 14, 2013 (the "Wind Down Period"). Orders have entered in accordance with 11 U.S.C. §365d(4) authorizing the extension of time for Waterbridge to assume or reject the Lease through and including April 8, 2013.

5. In light of the impending closure of Waterbridge, no purpose is served to assume the Lease or further extend the deadline to assume or reject, and therefore, as of April 9, 2013 the Lease will be deemed to be rejected.

### RELIEF REQUESTED

6. Waterbridge and THCI request that the Court approve the Stipulation annexed hereto as Exhibit A. As evidenced by the Stipulation, Waterbridge and THCI have agreed on the terms of the payment of fair rent during the Wind Down Period and an agreement with respect to the timing of the surrender of the Premises to THCI in accordance with 11 U.S.C. §365d(4).

7. Based upon the foregoing, Waterbridge respectfully requests that the Court approve the Stipulation and grant such other or further relief as the Court may deem just, equitable and proper.

Dated: Bridgeport, Connecticut
April 11, 2013

        SPECTRUM HEALTH CARE, LLC, ET AL,

        By: /s/ Jessica Grossarth
           Irve J. Goldman (ct02404)
           Elizabeth J, Austin (ct04383)
           Jessica Grossarth (ct23975)
           Pullman & Comley, LLC
           850 Main Street
           P.O. Box 7006
           Bridgeport, CT 06601-7006
           Telephone: (203) 330-2000
           Facsimile: (203) 576-8888
           eaustin@pullcom.com
           igoldman@pullcom.com
           jgrossarth@pullcom.com

           *Attorneys for Debtors*