## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 7 |
| SPECTRUM HEALTHCARE, LLC and SPECTRUM HEALTHCARE TORRINGTON, LLC | Bankruptcy Case No.: 12-22206 (ASD) |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in this bankruptcy case as counsel for Howard Dickstein, PhD and requests that all notices given or required to be given in this case or related cases, and papers served or required to be served in this matter, be given and served as follows:

Law Offices of Patrick W. Boatman, LLC
111 Founders Plaza, Suite 1000
East Hartford, CT 06108
(860) 291-9061 Telephone
(860) 291-9073 Facsimile

Attn: Patrick W. Boatman, Esq.

Please take further notice that this request includes not only the notices and papers referred to in the applicable Federal Rules of Bankruptcy Procedure, but includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission or otherwise.

/s/ Patrick W. Boatman
Patrick W. Boatman (ct05336)
Law Offices of Patrick W. Boatman, LLC
111 Founders Plaza, Suite 1000
East Hartford, CT 06108
(860) 291-9061
(860) 291-9073 Fax
pboatman@boatmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2013 a copy of the foregoing Notice of Appearance and Request for Service of Papers was served to all interested parties electronically via the Court's PACER system:

/s/ Patrick W. Boatman
Patrick W. Boatman (ct05336)
Law Offices of Patrick W. Boatman, LLC
111 Founders Plaza, Suite 1000
East Hartford, CT 06108
(860) 291-9061
(860) 291-9073 Fax
pboatman@boatmanlaw.com