**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>SPECTRUM HEALTH CARE LLC, ET AL[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-22206 (ASD)<br><br>(Jointly Administered)<br>Re: ECF No. 461 |

**STIPULATION AND ORDER** REGARDING REJECTION OF THE LEASE BETWEEN WATERBRIDGE AND THCI AND TIMETABLE FOR SURRENDER OF THE LEASED PREMISES PURSUANT TO 11 U.S.C. §365d(4)(I)

**WHEREAS,** on September 10, 2012 (the "Petition Date"), Spectrum Health Care, LLC ("Spectrum"); Spectrum Healthcare Torrington LLC ("Torrington"); Spectrum Healthcare Derby LLC ("Derby"); Spectrum Healthcare Waterbridge LLC ("Waterbridge"); Spectrum Healthcare Hartford, LLC ("Hartford"); Spectrum Healthcare Winsted, LLC ("Winsted"); Spectrum Healthcare Manchester LLC ("Manchester"), the above-referenced debtors and debtors in possession (collectively the "Debtors"), filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS,** Waterbridge and THCI Company, LLC ("THCI") are parties to a lease dated December 28, 2001, as amended by a First Amendment to Lease dated September 16, 2010 (the "Lease"), pursuant to which Waterbridge leases the premises located at 126 Ford Street, Ansonia, Connecticut (the "Premises"); and

**WHEREAS,** Waterbridge operates a skilled nursing facility at the Premises; and

**WHEREAS**, on March 14, 2013, an order entered authorizing the closure of Waterbridge; and

---

[1] SPECTRUM HEALTH CARE, LLC, CASE NO. 12-22206; SPECTRUM HEALTHCARE TORRINGTON, LLC, CASE NO. 12-22212; SPECTRUM HEALTHCARE DERBY LLC, CASE NO. 12-22208; SPECTRUM HEALTHCARE WATERBRIDGE LLC, CASE NO. 12-22207; SPECTRUM HEALTHCARE HARTFORD, LLC, CASE NO. 12-22210; SPECTRUM HEALTHCARE WINSTED, LLC, CASE NO. 12-22211; AND SPECTRUM HEALTHCARE MANCHESTER LLC, CASE NO. 12-22209.

**WHEREAS**, Waterbridge has commenced the process of winding down operations and anticipates completing the wind down on or before May 14, 2013 (the "Wind Down Period"); and

**WHEREAS,** orders have entered in accordance with 11 U.S.C. §365d(4) authorizing the extension of time for Waterbridge to assume or reject the Lease through and including April 8, 2013; and

**WHEREAS,** in light of the impending closure of Waterbridge, no purpose is served to assume the Lease or further extend the deadline to assume or reject; and

**WHEREAS,** as of April 9, 2013 the Lease will be deemed to be rejected; and

**WHEREAS,** the Debtors and THCI have agreed on the terms of the payment of fair rent during the Wind Down Period and an agreement with respect to the timing of the surrender of the Premises to THCI in accordance with 11 U.S.C. §365d(4).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties as follows:

1. The foregoing recitals are hereby incorporated by reference.

2. Waterbridge will surrender the Premises to TCHI the earlier of the completion of the Wind Down Period or May 14, 2013.

3. During the Wind Down Period Waterbridge will make two payments of rent in the amount of $12,000.00 the first having been paid and received by TCHI on or about March 29, 2013 and the second being due and payable on or before April 20, 2013.

4. This Stipulation is without prejudice to THCI's right to assert a claim for additional administrative rent.

2

5. This Stipulation is subject to the approval of the Bankruptcy Court. In the event that the Bankruptcy Court fails to approve this Stipulation in its entirety, then this Stipulation shall be null and void and of no force and effect.

THCI COMPANY, LLC

By: /s/Karen Gilman
Karen Gilman
Wolff & Samson, P.C.
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2006
Facsimile: (973) 530-2206
kgilman@wolffsamson.com
*Attorney for THCI*

THE DEBTOR:

By: /s/ Elizabeth J. Austin
Elizabeth J, Austin (ct04383)
Jessica Grossarth (ct23975)
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2000
Facsimile: (203) 576-8888
eaustin@pullcom.com
jgrossarth@pullcom.com
*Attorneys for Debtors*

[1]**APPROVED AND SO ORDERED**

DATED: APRIL 12, 2013          BY THE COURT


Albert S. Dabrowski
United States Bankruptcy Judge

3