IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------------x

In re                                              : Chapter 11
                                                   :
SPECTRUM HEALTH CARE, LLC, et al.,[1]              : Case No. 12-22206 (ASD)
                                                   : (Jointly Administered)
Debtor.                                            :
                                                   :
------------------------------------------------------------x

### NOTICE OF (A) EFFECTIVE DATE OF SECOND AMENDED PLAN OF REORGANIZATION AS MODIFIED AND (B) DEADLINE FOR FILING OF PROFESSIONALS FEE APPLICATIONS

PLEASE TAKE NOTICE that on May 7, 2013, the United States Bankruptcy Court for the District of Connecticut entered an order (the "Confirmation Order"), confirming the Second Amended Joint Plan of Reorganization as modified on April 30, 2013 (the "Plan") for Spectrum Health Care, LLC, Case No. 12-22206; Spectrum Healthcare Torrington, LLC, Case No. 12-22212; Spectrum Healthcare Derby, LLC, Case No. 12-22208; Spectrum Healthcare Hartford, LLC, Case No. 12-22210 and Spectrum Healthcare Manchester, LLC, Case No, 12-22209.

PLEASE TAKE FURTHER NOTICE that, as of June 13, 2013, all conditions to the Plan's taking effect were satisfied in accordance with applicable Plan provisions. Pursuant to the Plan and Confirmation Order, Debtor has designated June 13, 2013 as the Effective Date of the Plan.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan and the Confirmation Order, professional persons or other entities requesting compensation or reimbursement of

---

[1] Spectrum Health Care, LLC, Case No. 12-22206; Spectrum Healthcare Torrington, LLC, Case No. 12-22212; Spectrum Healthcare Derby, LLC, Case No. 12-22208; Spectrum Healthcare Hartford, LLC, Case No. 12-22210 and Spectrum Healthcare Manchester, LLC, Case No, 12-22209.

expenses pursuant to Bankruptcy Codes §§ 327, 328, 330, 331, 503(b) and 1103, for services rendered prior to the effective date must file and serve on all parties entitled to notice thereof, an application for final allowance of compensation and reimbursement of expenses **no later than sixty (60) days after the Effective Date.**

        Pullman & Comley, LLC
        Attorneys for the Debtors
        SPECTRUM HEALTH CARE, LLC, ET AL

        By: /s/ Elizabeth J. Austin
        Elizabeth J, Austin (ct04383)
        Pullman & Comley, LLC
        850 Main Street, P.O. Box 7006
        Bridgeport, CT  06601-7006
        (203) 330-2000  Fax:  (203) 576-8888
        eaustin@pullcom.com