UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re: <br><br> SPECTRUM HEALTH CARE LLC, ET AL[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 12-22206 (ASD) <br> ) <br> ) (Jointly Administered) <br> ) |

## MOTION FOR APPROVAL OF STIPULATION AND ORDER

Spectrum Health Care, LLC ("Spectrum"); Spectrum Healthcare Torrington LLC ("Torrington"); Spectrum Healthcare Derby LLC ("Derby"); Spectrum Healthcare Waterbridge LLC ("Waterbridge"); Spectrum Healthcare Hartford, LLC ("Hartford"); Spectrum Healthcare Winsted, LLC ("Winsted"); Spectrum Healthcare Manchester LLC ("Manchester") (collectively the "Debtors"), submit this Motion (the "Motion") seeking approval of a Stipulation and Order by and between the Debtor and ConnectiCare, Inc. ("ConnectiCare") In support of this Motion, the Debtors respectfully represent:

### BACKGROUND

1. On September 10, 2012 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and the Debtors and ConnectiCare Inc. ("ConnectiCare") entered into contracts of insurance ("Contracts") prior to the Petition Date

---

[1] Spectrum Health Care, LLC, Case No. 12-22206; Spectrum Healthcare Torrington, LLC, Case No. 12-22212; Spectrum Healthcare Derby LLC, Case No. 12-22208; Spectrum Healthcare Waterbridge LLC, Case No. 12-22207; Spectrum Healthcare Hartford, LLC, Case No. 12-22210; Spectrum Healthcare Winsted, LLC, Case No. 12-22211; and Spectrum Healthcare Manchester LLC, Case No. 12-22209.

2. During the pendency of the Chapter 11, the Debtors have received coverage and benefits pursuant to the Contracts and the Contracts were renewed on November 1, 2012. On December 2, 2012, an order entered authorizing the closure of Winsted and as of January 31, 2013, all operations at Winsted have ceased/

3. On March 15, 2013, an order entered authorizing the closure of Waterbridge and Waterbridge is in the process of winding down operations and anticipates closing within the next 45 to 60 days. The Debtors have decided in their business judgment to assume the Contracts between ConnectiCare on one hand and Spectrum, Derby, Manchester, Hartford and Torrington on the other hand (the "Assumed Contracts").

4. The Contracts between Winsted and ConnectiCare and Waterbridge and ConnectiCare will be or have been cancelled upon written notice to ConnectiCare following facility closures and/or rejection.

5. On January 14, 2013, ConnectiCare filed a Request For Payment of Administrative Expenses seeking allowance and payment of administrative expense claims for pre-petition payments due from each Debtor (the "Pre-Petition Amounts") and for payment of payments which came due after the Petition Date from each Debtor pursuant to the Contracts (the "Post-Petition Amounts").

6. The Debtors and ConnectiCare have agreed, consistent with the Debtors' Confirmed Plan, on the treatment of the Pre-Petition Amounts against Spectrum, Derby, Manchester, Hartford and Torrington (the "Cure Amounts") and the Debtors and ConnectiCare have otherwise settled, paid in ordinary course, and agreed upon the amounts for post-petition administrative claims.

## RELIEF REQUESTED

7. The Debtor's Second Amended Plan, as modified April 30, 2013 (the "Plan") was confirmed on May 7, 2013. The Debtors' Plan has gone into effect and they have received the funding requisite to fulfill this Stipulation. The Debtors and ConnectiCare have agreed on the terms of the prospective payment of Post-Confirmation Amounts to become due, and accordingly, request that the Court approve the Stipulation and Order annexed hereto as **Exhibit "A"**.

          Pullman & Comley, LLC
          SPECTRUM HEALTHCARE, LLC, ET AL

    By: /s/Elizabeth J. Austin
        Elizabeth J, Austin (ct04383)
        Jessica Grossarth (ct23975)
        Pullman & Comley, LLC
        850 Main Street
        P.O. Box 7006
        Bridgeport, CT 06601-7006
        Telephone: (203) 330-2000
        Facsimile: (203) 576-8888
        eaustin@pullcom.com
        jgrossarth@pullcom.com

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

|  |  |
|---|---|
| In re:<br><br>SPECTRUM HEALTH CARE LLC, ET AL[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 12-22206 (ASD)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER (A) SETTING ADMINISTRATIVE EXPENSE
CLAIM AMOUNTS DUE TO CONNECTICARE; AND
(B) ASSUMING CERTAIN EXECUTORY CONTRACTS AND
PROVIDING FOR PAYMENT OF THE CURE AMOUNTS AND
RESOLVING CLAIMS RELATED TO FACILITIES SCHEDULED FOR CLOSURE**

WHEREAS, on September 10, 2012 (the "Petition Date"), Spectrum Health Care, LLC ("Spectrum"); Spectrum Healthcare Torrington LLC ("Torrington"); Spectrum Healthcare Derby LLC ("Derby"); Spectrum Healthcare Waterbridge LLC ("Waterbridge"); Spectrum Healthcare Hartford, LLC ("Hartford"); Spectrum Healthcare Winsted, LLC ("Winsted"); Spectrum Healthcare Manchester LLC ("Manchester"), the above-referenced debtors and debtors in possession (collectively the "Debtors"), filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Debtors and ConnectiCare Inc. ("ConnectiCare") entered into contracts of insurance ("Contracts") prior to the Petition Date; and

WHEREAS, during the pendency of the Chapter 11, the Debtors have received coverage and benefits pursuant to the Contracts; and

WHEREAS, the Contracts were renewed on November 1, 2012; and

---

[1] Spectrum Health Care, LLC, Case No. 12-22206; Spectrum Healthcare Torrington, LLC, Case No. 12-22212; Spectrum Healthcare Derby LLC, Case No. 12-22208; Spectrum Healthcare Waterbridge LLC, Case No. 12-22207; Spectrum Healthcare Hartford, LLC, Case No. 12-22210; Spectrum Healthcare Winsted, LLC, Case No. 12-22211; and Spectrum Healthcare Manchester LLC, Case No. 12-22209.

**WHEREAS,** on December 2, 2012, an order entered authorizing the closure of Winsted and as of January 31, 2013, all operations at Winsted have ceased; and

**WHEREAS,** on March 15, 2013, an order entered authorizing the closure of Waterbridge and Waterbridge is in the process of winding down operations and anticipates closing within the next 45 to 60 days; and

**WHEREAS,** the Debtors have decided in their business judgment to assume the Contracts between ConnectiCare on one hand and Spectrum, Derby, Manchester, Hartford and Torrington on the other hand (the "Assumed Contracts"); and

**WHEREAS,** the Contracts between Winsted and ConnectiCare and Waterbridge and ConnectiCare will be or have been cancelled upon written notice to ConnectiCare following facility closures and/or rejection; and

**WHEREAS,** on January 14, 2013, ConnectiCare filed a Request For Payment of Administrative Expenses seeking allowance and payment of administrative expense claims for pre-petition payments due from each Debtor (the "Pre-Petition Amounts") and for payment of payments which came due after the Petition Date from each Debtor pursuant to the Contracts (the "Post-Petition Amounts"); and

**WHEREAS,** the Debtors and ConnectiCare have agreed, consistent with the Debtors' Confirmed Plan, on the treatment of the Pre-Petition Amounts against Spectrum, Derby, Manchester, Hartford and Torrington (the "Cure Amounts"); and

**WHEREAS,** the Debtors and ConnectiCare have otherwise settled, paid in ordinary course, and agreed upon the amounts for post-petition administrative claims; and

**WHEREAS,** the Debtor's Second Amended Plan, as modified April 30, 2013 (the "Plan") was confirmed on May 7, 2013; and

2

WHEREAS, the Debtors' Plan has gone into effect and they have received the funding requisite to fulfill this Stipulation; and

WHEREAS, the Debtors and ConnectiCare have further agreed on the terms of the prospective payment of Post-Confirmation Amounts to become due.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties as follows:

1. The foregoing recitals are hereby incorporated by reference.

2. The Assumed Contracts are hereby deemed to be assumed pursuant to Section 365(a) of the Bankruptcy Code.

3. The Debtors and ConnectiCare have agreed that the allowed Cure Amounts (related to unpaid prepetition amounts otherwise due) shall be as follows:

    Spectrum    -   $ 15,866.72
    Derby       -   $ 20,943.22
    Manchester  -   $ 81,730.52
    Hartford    -   $ 18,053.10
    Torrington  -   $ 19,922.10

These claims shall be deemed finally allowed, without setoff, defense or any counterclaim.

4. These are amounts due for August 2012 and a prorated share of the premium for September 2012. The Cure Amounts shall be paid by the Debtors to ConnectiCare over five years (without interest) in equal quarterly installments commencing on the one month anniversary of the Effective Date (as that term is defined in the Plan).

5. In the event that any of the payments identified in paragraph 3 are not timely made, then ConnectiCare shall charge default interest at the rate of 5% from the date of default

until such payment is made. ConnectiCare otherwise fully reserves the right to all legal fees and expenses of collection, in the event of such default.

6. The Debtors shall pay all future premiums due on the Assumed Contracts within fifteen (15) days of receiving a bill for same from ConnectiCare.

7. The termination provisions in the Assumed Contracts shall be deemed shortened to 15 days from the date of dispatch (via overnight mail) of written notice of default to the Debtor's principal address and to the address of its legal counsel referenced herein.

8. Any and all pre- or post-petition claims of ConnectiCare relating to Waterbridge or Winsted are expressly reserved and unaffected by this Stipulation. Any claims for legal fees or interest on any of the ConnectiCare post-petition claims administered in this Chapter 11 are waived.

9. The Stipulation may be executed in counterparts which, when taken together, shall constitute the whole agreement.

10. This Stipulation is subject to the approval of the Bankruptcy Court. In the event that the Bankruptcy Court fails to approve this Stipulation in its entirety, then this Stipulation shall be null and void and of no force and effect.

CONNECTICARE INC.

By: /s/James J. Tancredi
James J. Tancredi
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Telephone: (860) 275-0331
Facsimile: (860) 275-0343
jjtancredi@daypitney.com

By: /s/Elizabeth J. Austin
Elizabeth J, Austin (ct04383)
Jessica Grossarth (ct23975)
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2000
Facsimile: (203) 576-8888
eaustin@pullcom.com
jgrossarth@pullcom.com

Attorneys for Debtors

SO ORDERED THIS ____ DAY OF
_____, 2013.

_____
HON. ALBERT S. DABROWSKI
U.S. BANKRUPTCY JUDGE